7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  JACKS Management Co Inc
*Debtor*

*Bankruptcy Case No.*
14−40039−abf7

**Jerald S. Enslein, Trustee**
   Plaintiff(s)

*Adversary Case No.*
14−04085−abf

v.

**Jill Althaus**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Judgment is hereby entered as follows: As to Count I: Judgment by Default is hereby entered in favor of the Trustee, Jerald S. Enslein and against Defendant, Jill Althaus for the recovery of the amount of $7,590.00, with pre−judgment and post−judgment interest thereon as allowed by law, and Judgment is hereby entered in favor of the Trustee and against Jill Althaus for costs in the amount of $293.00 and fees in the amount of $600.00 incurred by the Trustee, including, but not limited to, attorneys' fees and court costs: As to Count II: Judgment is entered in favor of the Trustee and against Althaus for the recovery of the amount of $3,000.00, with pre−judgment and post−judgment interest thereon as allowed by law; and Judgment is hereby entered in favor of the Trustee and against Jill Althaus for costs in the amount of $293.00 and fees in the amount of $600.00 incurred by the Trustee, including, but not limited to, attorneys' fees and court costs.

                      Ann Thompson
                      Court Executive

                      By: /s/ Sharon Greene
                         Deputy Clerk



Date of issuance: 9/16/14

Court to serve